UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-7819

---

RAYMOND E. WASHINGTON,

Plaintiff - Appellant,

versus

WARDEN BIDWELL; P. J. STEVENS; MS. GREENE;
CAPTAIN TYNDALL; LIEUTENANT LEWIS; LIEUTENANT
TEMPLE; TILLEY, DHO; LIEUTENANT SLAYTON; ODOM,
Correctional Officer; RIFENBERY, Correctional
Officer; CORRECTIONAL OFFICER TAYLOR; COUNSEL-
OR STEINQUIST; COUNSELOR GREENE; M. J. BRIGHT;
CARTER, Correctional Officer; ROBINSON, Cor-
rectional Officer; ALVERADO, Correctional
Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge. (CA-96-
1187-MJG, CA-96-2025-MJG, CA-96-2075-MJG, CA-96-2076-MJG, CA-96-
2304-MJG, CA-96-2494-MJG)

---

Submitted:  February 13, 1997      Decided:  March 4, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Raymond E. Washington, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil actions under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1996), for making false allegations of poverty. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Washington v. Bidwell, Nos. CA-96-1187-MJG; CA-96-2025-MJG; CA-96-2075-MJG; CA-96-2076-MJG; CA-96-2304-MJG; CA-96-2494-MJG (D. Md. Nov. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED